IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERTA DRAHEIM,

    Petitioner,

v.

                               Case No. 21-cv-578-wmc

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Roberta Draheim denying petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | November 24, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |